UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JORGE CHAVEZ MELCHOR, individually and on behalf
of all others similarly situated,

                        Plaintiff,

        -against-

28 BLEECKER LLC, et al,

                        Defendants.

------------------------------------------------------------------X

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

1:18-CV-10527 (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The parties are directed to file a joint letter with the Court by no later than **December 20, 2019** advising the Court whether they have settled this action. If the parties have settled this action, they must also submit their proposed settlement for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 1999 (2d Cir. 2015) (requiring judicial fairness review of FLSA settlements).

      **SO ORDERED.**

Dated: December 13, 2019
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge