

# PELTON GRAHAM LLC
## ADVOCATES FOR JUSTICE

December 18, 2019

**MEMO ENDORSED**

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

<u>VIA ECF</u>

Magistrate Judge Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

    Re:    *Chavez Melchor v. 28 Bleecker LLC, et al.*, Civil Action No. 1:18-cv-10527-KHP
           <u>Joint Letter Regarding Mediation Outcome</u>

Dear Judge Parker:

    This office represents Plaintiffs in the above-referenced matter. We write, jointly with counsel for Defendants, to inform Your Honor that the parties have reached a settlement on behalf of the named and opt-in plaintiffs to resolve all claims asserted in the above-referenced action. Accordingly, we respectfully request 21 days to finalize a settlement agreement and submit a fairness letter for approval of the FLSA settlement.

    This is the parties' first request for an extension to submit the fairness letter.

    We appreciate Your Honor's attention to this matter.

                              Respectfully submitted,

                              */s/ Brent E. Pelton*

                              Brent E. Pelton, Esq. of
                              PELTON GRAHAM LLC

cc:    All counsel (via ECF)

<u>**APPLICATION GRANTED:**</u>  The Parties' are directed to file their settlement agreement with the Court by <u>January 8, 2019.</u>

**APPLICATION GRANTED**

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.
12/19/2019

---

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com